MOTION GRANTED: A telephone conference is hereby set for Tuesday, March 21, 2017, at 10:30 a.m. Counsel shall call 1-866-390-1828 and enter 7884640# to be connected to the call.

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:15-cr-00191 |
| v. | ) | Chief Judge Sharp |
| | ) | |
| PAMELA GARDNER | ) | |
| TORVIS GARDNER | ) | |
| DONALD J. BOATRIGHT | ) | |

## MOTION TO SET STATUS CONFERENCE

The United States of America, by and through David Rivera, United States Attorney, and the undersigned Assistant United States Attorney, hereby moves this Court to set a status conference in the above-referenced case. In support of this motion, the Government submits that this case is currently scheduled for trial to begin on April 4, 2017 (D.E. 52), and because this case involves approximately 80 hours of audio and video recordings, a status conference will likely assist the parties in effectively allocating their respective resources and determining whether the trial is likely to proceed as scheduled. Due to the time required to prepare this case for trial, the Government respectfully requests that the Court schedule the status conference to be held by March 16, 2017.